```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

RICHARD DUCKWORTH,            )
                              )
            Plaintiff,        )      7:04CV5016
                              )
      v.                      )
                              )
H.M.I., INC., a Nebraska      )      ORDER
Corporation, d/b/a            )
SCOTTSBLUFF DAYS INN,         )
                              )
            Defendant.        )

    IT IS ORDERED:

    Plaintiff's motion for extension of deadlines, filing 27, is granted as follows:

    1.  Jury trial is continued to 1:00 p.m., February 27, 2006 for a duration of three trial days before the undersigned in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**.  Jury selection will be held at commencement of trial.

    2.  The pretrial conference will be held January 9, 2006 at 4:00 p.m. before the Honorable F. A. Gossett, III, in chambers, 3rd floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**.

    3.  The deposition deadline is continued to December 26, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

    4.  All other provisions of the court's order setting this case for trial shall remain in effect.

    Ruling on the exclusion request is reserved until it is known whether the witness can be found.

    Dated August 30, 2005.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge