IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5016 |
| | ) | |
| v. | ) | |
| | ) | |
| H.M.I., INC., a Nebraska | ) | ORDER |
| Corporation, d/b/a | ) | |
| SCOTTSBLUFF DAYS INN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadlines, filing 40, is granted as follows:

1. Jury trial is continued to 1:30 p.m., May 30, 2006 for a duration of three trial days before the undersigned in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held April 17, 2006 at 9:00 a.m. before a magistrate judge, in chambers, 3rd floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**.

3. The deposition deadline is continued to April 3, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated December 14, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge