IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5016 |
| | ) | |
| v. | ) | |
| | ) | |
| H.M.I., INC., a Nebraska | ) | ORDER |
| Corporation, d/b/a | ) | |
| SCOTTSBLUFF DAYS INN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadlines, with the agreement defendant, filing 43, is granted as follows:

1.  Jury trial is continued to 1:30 p.m., August 28, 2006 for a duration of three trial days before the undersigned in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**.  Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held July 10, 2006 at 1:00 p.m. before the undersigned magistrate judge, in chambers, 3rd floor, United States Post Office and Federal Building, 300 East 3rd Street, **North Platte, Nebraska**.

3.  The deposition deadline is continued to June 30, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

Dated March 6, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge