```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RICHARD DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5016 |
| | ) | |
| v. | ) | |
| | ) | |
| H.M.I., INC., a Nebraska | ) | ORDER |
| Corporation, d/b/a | ) | |
| SCOTTS BLUFF DAYS INN, | ) | |
| | ) | |
| Defendant. | ) | |

This case has been referred to mediation.

IT THEREFORE HEREBY IS ORDERED,

Trial is removed from the August 28 trial calendar and will be rescheduled to later date if necessary.

DATED this 18th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge