IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5016 |
| | ) | |
| v. | ) | |
| | ) | |
| HOTEL MANAGERS, INC., a | ) | ORDER |
| Nebraska Corporation, d/b/a | ) | |
| Scottsbluff Days Inn, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court and provide to the undersigned magistrate judge a draft order which will fully dispose of the case;

(2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)  This case has been removed from the trial docket upon representation that the case has settled.

DATED this 8th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge