# IN THE UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD DUCKWORTH** | ) | |
| Plaintiff | ) | Case No.7: 04 CV5016 |
| | ) | |
| **v.** | ) | **ORDER FOR** |
| | ) | **CONTINUANCE OF JOINT** |
| **H.M.I., INC., A Nebraska Corporation, d/b/a** | ) | **STIPULATION FOR** |
| **SCOTTSBLUFF DAYS INN** | ) | **DISMISSAL** |
| Defendant | ) | |
| _____ | ) | |

NOW on this 7th day of September this matter came on for consideration on the Plaintiff's Motion for Continuance on the filing date for the Joint Stipulation for Dismissal.

The Court being fully advised in the premises does hereby give the parties until September 30, 2006 to file the Joint Stipulation for Dismissal.

DATED this 7th day of September 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge