# IN THE UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD DUCKWORTH** )<br>  Plaintiff ) | Case No.7: 04 CV5016 |
| ) | |
| **v.** ) | **ORDER FOR DISMISSAL** |
| ) | |
| **H.M.I., INC., A Nebraska Corporation, d/b/a** )<br>**SCOTTSBLUFF DAYS INN** )<br>  Defendant ) | |

NOW on this 25th day of October, 2006, this matter came on for consideration on the parties Joint Stipulation for Dismissal, filing 73.

The Court being fully advised in the premises does hereby grant the stipulation and dismisses the above-captioned case with prejudice.

DATED this 25th day of October 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge